AO 245D      (Rev. 09/11) Judgment in a Criminal Case for Revocations
             Sheet 1

# UNITED STATES DISTRICT COURT

## Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v. | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release) |
| James Edward Cusick | Case No.    12-40065-JPG-001 |
| | USM No.    31457-044 |
| | Melissa A. Day, AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒  admitted guilt to violation of condition(s)      As alleged below          of the term of supervision.

☐  was found in violation of condition(s)                                      after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory | The offender unlawfully possessed a controlled substance, methamphetamine, in that the offender tested positive for methamphetamine by sweat patch testing. | May 1, 2014 |
| | The offender unlawfully possessed a controlled substance, marihuana, in that the offender tested positive for marihuana by urinalysis. | July 3, 2014 |

The defendant is sentenced as provided in pages 2 through     3     of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s)                          and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.        0043

Defendant's Year of Birth:      1974

City and State of Defendant's Residence:
Evansville, Indiana

July 31, 2014
Date of Imposition of Judgment

Signature of Judge

J. Phil Gilbert, United States District Judge
Name and Title of Judge

Date

AO 245D      (Rev. 09/11) Judgment in a Criminal Case for Revocations
            Sheet 1A

Judgment—Page    2    of    3

DEFENDANT:        James Edward Cusick
CASE NUMBER:      12-40065-JPG-001

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard #3 | The offender failed to provide truthful information to the probation officer concerning drug use. | April 16, 2014 |
| Special | The offender failed to participate in a program for substance abuse testing in that he failed to submit urine specimens as requested on March 14, 2014; March 17, 2014; June 10, 2014; June 19, 2014 and June 24, 2014. | June 24, 2014 |

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page ___3___ of ___3___

DEFENDANT:          James Edward Cusick
CASE NUMBER:        12-40065-JPG-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total
term of :          12 months and 1 day to run concurrent with sentence imposed in case 12-40066.

☐    The court makes the following recommendations to the Bureau of Prisons:

☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____    ☐  a.m.  ☐  p.m.   on    _____ .

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on    _____ .

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

### RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL